IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| STAYTON SW ASSISTED LIVING, L.L.C., | ) | Case No. 09-6082-HO |
| (Constituting the Sunwest Unitary | ) | Bankruptcy Court Case No. |
| Enterprise as determined by the | ) | 08-3667-tmb-1 (reference |
| Order on October 2, 2009 in U.S. | ) | withdrawn) |
| District Court Case No. 09-6056-HO), | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| STAYTON SW ASSISTED LIVING, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09-6608-HO |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ELSHOUT's BLUFFS AT NORTHWOODS, L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

1 - ORDER

Plaintiff Stayton SW Assisted Living, seeks to dismiss this adversary proceeding and has determined that it will transfer its interests in Bluffs at Northwoods to Sunwest Trustco, LLC. Plaintiff will not seek a 11 U.S.C. § 363(h) judgment to force the sale or transfer of the interests of the two tenant in common co-owners. Defendants object contending that plaintiff cannot simply transfer their interests to the Sunwest Receiver. However, plaintiff is not attempting such transfer. Accordingly, the motion to dismiss is granted and this proceeding is dismissed.

DATED this   13th   day of January, 2011.

                                                 s/ Michael R. Hogan
                                          United States District Judge

2 - ORDER